IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASHLEY WYETH WATSON          :

v.                            :     Civil Action WMN-02-1232

AMERICAN AIRLINES, INC.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SARA HOPPENGARDENER HENRY     :

v.                            :     Civil Action WMN-02-2413

AMERICAN AIRLINES, INC.       :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 19th day of September, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That in Civil Action No. WMN-02-1232, Plaintiffs' Motion to Alter and Amend the Dismissal Order of June 19, 2002 (Paper No. 15) is hereby DENIED;

2. That in Civil Action No. WMN-02-1232, Plaintiffs' Alternative Motion for Leave to File an Amended Complaint (Paper No. 16) is hereby GRANTED, to the extent that Plaintiffs have leave to file a proper amended complaint within 10 days;

3. That in Civil Action No. WMN-02-2413, Defendant's Motion to Dismiss and for Summary Judgment (Paper No. 8) is hereby GRANTED without prejudice;



4. That parties have 10 days to show cause why the above-captioned cases should not be consolidated for both discovery and trial; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

*[signature]*
William M. Nickerson
Senior United States District Judge