IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ASHLEY WYETH WATSON, et al. | : | |
| | : | |
| v. | : | Civil Action No. WMN-02-1232 |
| | : | |
| AMERICAN AIRLINES, INC. | : | |
| | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| SARA HOPPENGARDENER HENRY | : | |
| | : | |
| v. | : | Civil Action No. WMN-02-2413 |
| | : | |
| AMERICAN AIRLINES, INC. | : | |
| | : | |

### ORDER

In these two actions, Plaintiffs are represented by the same counsel and are suing the same Defendant for claims that arise out of the same transaction. The Complaints state identical causes of action and identical underlying factual circumstances. The Court finds that, pursuant to Fed. R. Civ. P. 42(a), it would be in the interest of justice and judicial economy to consolidate these actions, both for discovery and trial. Accordingly, IT IS this 30th day of September, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-1232, and all future pleadings are to be captioned and filed in that action;

2.  That all pleadings filed heretofore in Civil Action No. WMN-02-2413 shall be deemed to have been filed in Civil Action No. WMN-02-1232;

3.  That Civil Action No. WMN-02-2413 is hereby ADMINISTRATIVELY CLOSED; and

4.  That the Clerk of the Court shall mail or transmit a copy of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge

